CYNTHIA MCGUINN, NO. 099324
MILES B. COOPER, NO. 209085
ANTHONY L. LABEL, NO. 205920
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

ATTORNEYS FOR PETITIONERS
MARK T. SETTERLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK T. SETTERLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ELA PATEL,<br><br>    Defendant. | CASE NO. C05-04501 WHA<br><br>**STIPULATION FOR 60 DAY MEDIATION CONTINUANCE and [PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A 60 DAY MEDIATION CONTINUANCE**<br><br>Complaint filed: September 15, 2005<br>Trial Date: June 25, 2007 |

    Subject to the Court's approval, the parties agree to a 60-day mediation continuance. Parties agree more time is needed to conduct discovery in order to have a meaningful and productive mediation. The discovery that is needed includes the acquisition of medical records via subpoena, review of the medical records, and depositions. Parties further agree this time is needed as plaintiff has recently changed counsel to The Veen Firm, P.C. Plaintiff's counsel filed the substitution of attorney on November 6, 2006. More time is needed for plaintiff's counsel to review the case to prepare it for meaningful mediation. More time is also needed for the parties to coordinate schedules to calendar depositions in light of the approaching holiday season.

\\\

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

STIPULATION FOR 60 DAY MEDIATION CONTINUANCE and [PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A 60 DAY MEDIATION CONTINUANCE

IT IS SO STIPULATED:

DATED: November __, 2006          LEWIS, BRISBOIS, BISGAARD & SMITH L.L.P.

                                  By: _____
                                      Robert Ford
                                      Attorneys for Defendant
                                      Ela Patel

DATED: November 29, 2006          THE VEEN FIRM, P.C.

                                  By: _____
                                      Miles B. Cooper
                                      Attorneys for Plaintiff
                                      MARK T. SETTERLAND

IT IS SO ORDERED:
          December 5
DATED: ~~November~~ ___, 2006      UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA

                                   *IT IS SO ORDERED*
                                   *Judge William Alsup*

                                   By: _____
                                       Hon. William Alsup
                                       United States District Judge

153643_1

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

-2-

STIPULATION FOR 60 DAY MEDIATION CONTINUANCE and [PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A 60 DAY MEDIATION CONTINUANCE